No. 73–6178.  LEGUM *v.* NEW YORK.  App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists.  Certiorari denied.

No. 73–6202.  BILLINGS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dist.  Certiorari denied.

No. 73–6206.  BRANTLEY *v.* CITY OF DALLAS.  Ct. Civ. App. Tex., 11th Sup. Jud. Dist.  Certiorari denied.

No. 72–1437.  LYNCH ET AL. *v.* SNEPP ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 73–425.  NEW YORK *v.* SUTTON ET AL.  Ct. App. N. Y.  Motion of respondent Peltzman for leave to proceed *in forma pauperis* granted.  Certiorari denied.

MR. CHIEF JUSTICE BURGER, with whom MR. JUSTICE BLACKMUN joins, dissenting.

I dissent because I cannot agree that this case does not merit oral argument.  Nor do I agree that if this is the kind of narcotics law enforcement New York wants, that is up to New York.  Here the New York Court of Appeals has rested its decision on federal constitutional grounds.  Absent full oral argument, I would grant the writ and reverse the judgment of that court essentially for the reasons stated by the three dissenting judges of that court.

No. 73–739.  COINER, WARDEN *v.* HART.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. CHIEF JUSTICE BURGER and MR. JUSTICE WHITE would grant certiorari.